UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY BARTKO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-0781 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

Pursuant to the Court's August 26, 2019, Minute Order, Defendant Executive Office for United States Attorneys ("EOUSA") respectfully submits this Status Report regarding its response to Plaintiff's FOIA Request No. 2014-00486.

On August 26, 2019, the Court ordered EOUSA to process 500 pages per month and produce non-exempt responsive material to Plaintiff every 60 days. As EOUSA previously reported, ECF No. 100, the agency divided its review into two phases, with Phase I including the records pertaining to Plaintiff's prosecution and Phase II involving records pertaining to other cases. EOUSA advised that it has completed its processing of the Phase I documents.

On October 28, 2021, EOUSA released 137 pages in full, 53 pages in part, and withheld two pages in full. EOUSA also referred nine pages to other federal agencies for a direct response to Plaintiff. In addition, EOUSA determined that 868 pages were not responsive to Plaintiff's request and that 49 pages were duplicates. The agency's next release is scheduled for December 29, 2021.

In accordance with the Court's Minute Order of August 26, 2019, EOUSA will file a further Status Report relating to the progress of the production on February 14, 2022, and every 90 days thereafter.

| | |
|---|---|
| Dated:  November 16, 2021 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| | _____/s/ *Paul Cirino*_____<br>PAUL CIRINO, D.C. Bar #1684555<br>Assistant United States Attorney<br>Civil Division<br>U.S. Attorney's Office for the District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C.  20530<br>Telephone: (202) 252-2529<br>paul.cirino@usdoj.gov |